IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DAVID DYKEMAN,

     Plaintiff,

v.                                                                    4:15cv333-WS/CAS

CORIZON HEALTH CORPORATION,
et al.,

     Defendants.

_____

## ORDER OF DISMISSAL

     Before the court is the magistrate judge's report and recommendation (doc. 11) docketed December 21, 2015.  The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with an order of the court.

     Upon review of the record, this court has determined that the report and recommendation should be adopted.

     Accordingly, it is ORDERED:

     1.  The magistrate judge's report and recommendation is adopted and

incorporated by reference in this order of the court.

    2.  The plaintiff's complaint, and this action, are hereby DISMISSED

without prejudice for failure to prosecute and to comply with an order of the court.

    3.  The clerk is directed to enter judgment, stating: "All claims are dismissed

without prejudice."

    DONE AND ORDERED this __25th__ day of ___January___, 2016.


                s/ William Stafford_____
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE